**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DEBBIE HOLMES, on behalf of herself and all similarly situated individuals,** | ) ) ) | |
| **Plaintiff,** | ) ) | **NO. 3:20-cv-00870** |
| **v.** | ) ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **HENRY LEGAL GROUP, LLP and HEARTLAND LEGAL GROUP** | ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Pending before the Court is Defendant's Motion to Stay and Compel Arbitration or Dismiss for Failure to State a Claim. (Doc. No. 30). In support of the motion, Defendant filed a memorandum (Doc. No. 31) and supporting exhibits (Doc. Nos. 32, 32-1, 32-2). Plaintiff responded to the motion with a memorandum in opposition (Doc. No. 38) and a Declaration from Plaintiff (Doc. No. 38-1). Defendant filed a reply. (Doc. No. 44).

For the reasons discussed in the accompanying Memorandum, Defendant's Motion (Doc. No. 30) is **GRANTED** and this case is hereby **STAYED** pending arbitration. The Clerk is **DIRECTED** to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE